UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HB STRATEGIES LLC,<br><br>                 Plaintiff,<br><br>    v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>                 Defendant. | Case No. 1:24-cv-9052 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff HB Strategies LLC certifies as follows:

HB Strategies LLC is a wholly owned subsidiary of Tech Opportunities LLC and an indirect subsidiary of Hudson Bay Master Fund Ltd., Hudson Bay Intermediate Fund Ltd., Hudson Bay International Fund Ltd., and Hudson Bay Fund LP. No publicly held corporation owns 10% or more of HB Strategies LLC's stock.

Dated: November 26, 2024

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By: */s/ Matthew D. McGill*

                                                     Matthew D. McGill
                                                     1700 M Street, N.W.
                                                     Washington, D.C. 20036-4504
                                                     Telephone: 202.887.3680
                                                     MMcGill@gibsondunn.com

2

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on November 26, 2024, the foregoing document was electronically filed with the Clerk of the United States District Court for the Southern District of New York, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

               *  /s/ Matthew D. McGill*