IH-32                                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

<u>Full Caption of Later Filed Case:</u>

HB STRATEGIES LLC

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:24-cv-9052 |
| THE BOLIVARIAN REPUBLIC OF VENEZUELA | |
| Defendant | |

<u>Full Caption of Earlier Filed Case:</u>

(including in bankruptcy appeals the relevant adversary proceeding)

VGB LIMITED

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:23-cv-09933-AT |
| THE BOLIVARIAN REPUBLIC OF VENEZUELA | |
| Defendant | |

IH-32                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                          dismissal, settlement, court decision.  Also, state whether there is an appeal
                          pending.)

☑  Open            (If so, set forth procedural status and summarize any court rulings.)

The complaint in VGB Limited was filed on November 9, 2023, and on November 14, 2023, the case was
accepted as related to Neuhauser v. Bolivarian Republic of Venezuela, 1:20-cv-10342-AT.  On February 2,
2024,the Court granted plaintiff's letter motion related to effectuating service of process pursuant to 28 U.S.C. §
1608(a). It is unclear from the docket whether service has been effectuated.

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

These cases are both breach of contract actions against the Bolivarian Republic of
Venezuela involving the nonpayment on notes issued by the Bolivarian Republic of
Venezuela. These two actions involve common issues of fact and law regarding Venezuela's
defenses to enforcement of the debt. Hearing these cases together is necessary to avoid
conflicting orders regarding the enforceability of Venezuela's debt and to avoid a substantial
duplication of effort and expense, delay, or undue burden on the Court, parties, and
witnesses.

Signature: /s/ Matthew D. McGill          Date: 11/26/2024

Gibson, Dunn & Crutcher LLP

Firm: _____